Certificate Number: 03088-PAE-DE-036119811

Bankruptcy Case Number: 21-12905



03088-PAE-DE-036119811

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 6, 2021</u>, at <u>10:11</u> o'clock <u>AM CDT</u>, <u>Jamie D Walker</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 6, 2021</u>          By:     <u>/s/Doug Tonne</u>

Name:  <u>Doug Tonne</u>

Title:   <u>Counselor</u>