United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                  Case No. 21-12905-pmm

Jamie Dawn Walker                              Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                        User: admin                                        Page 1 of 3

Date Rcvd: Mar 31, 2022                             Form ID: 155                                  Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamie Dawn Walker, 1705 Fairview Avenue, Easton, PA 18042-3975 |
| 14647502 | + | /s/Allison J. Kiffin, Esq., c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 14647503 | + | Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, Tinton Falls, NJ 07724-3001 |
| 14651831 | + | Easton Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14651833 | + | Easton City, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14645651 | + | Home Credit, Attn: Bankruptcy, Po Box 2394, Omaha, NE 68103-2394 |
| 14645652 | + | Keystone Collections Group, P.O. Box 499, Irwin, PA 15642-0499 |
| 14647697 | + | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14660670 | | PO Box 10587, Greenville, SC 29603-0587 |
| 14645655 | + | St Luke's University Health Network, 801 Ostrum Street, Bethlehem, PA 18015-1000 |
| 14651834 | + | Wilson Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14651836 | + | Wilson Borough, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14648756 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 31 2022 23:48:14 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14652199 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 31 2022 23:48:17 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14645636 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 31 2022 23:41:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14645637 | + | Email/Text: bankruptcy@bbandt.com | Mar 31 2022 23:41:00 | BB&T, 200 W 2nd St, Winston Salem, NC 27101-4049 |
| 14645638 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 31 2022 23:48:10 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 14645639 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 31 2022 23:48:14 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14649496 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 31 2022 23:48:11 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14645644 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2022 23:48:15 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14645646 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2022 23:48:11 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14658140 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2022 23:48:18 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14645647 | + | Email/Text: bankruptcy@cunj.org | | |

Case 21-12905-pmm   Doc 26   Filed 04/02/22   Entered 04/03/22 00:28:45   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 31, 2022 | Form ID: 155 | Total Noticed: 41 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 31 2022 23:41:00 | Credit Union Of New Je, 1035 Parkway Av, Trenton, NJ 08618-2309 |
| 14648027 | | Email/Text: mrdiscen@discover.com | Mar 31 2022 23:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14645648 | + | Email/Text: mrdiscen@discover.com | Mar 31 2022 23:41:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14645649 | | Email/Text: BNSFN@capitalsvcs.com | Mar 31 2022 23:41:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14645650 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 31 2022 23:41:00 | Genesis Bankcard Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14645642 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 31 2022 23:48:10 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14653869 | + | Email/Text: RASEBN@raslg.com | Mar 31 2022 23:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14657393 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 31 2022 23:48:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14645653 | + | Email/PDF: pa_dc_claims@navient.com | Mar 31 2022 23:48:10 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14648786 | | Email/PDF: pa_dc_ed@navient.com | Mar 31 2022 23:48:10 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14645654 | + | Email/PDF: ebnotices@pnmac.com | Mar 31 2022 23:48:18 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14654438 | + | Email/PDF: ebnotices@pnmac.com | Mar 31 2022 23:48:15 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14653465 | | Email/Text: bnc-quantum@quantum3group.com | Mar 31 2022 23:41:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14648394 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 31 2022 23:48:10 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14658234 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2022 23:48:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14646186 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2022 23:48:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14645656 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2022 23:48:18 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14645657 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2022 23:48:18 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14659998 | + | Email/Text: bankruptcy@bbandt.com | Mar 31 2022 23:41:00 | Truist Bank, P.O. Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14645640 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14645641 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| | | |
|---|---|---|
| 14645645 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14645643 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2022         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Jamie Dawn Walker brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jamie Dawn Walker
      Debtor(s)                                           Chapter: 13

                                                                 Bankruptcy No: 21−12905−pmm

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 31, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                             Patricia M. Mayer
                                                             Judge ,
                                                             United States Bankruptcy Court