**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In Re: | : | |
|---|---|---|
| Jamie Dawn Walker | : | Chapter 13 |
| | : | Case No.  21-12905-PMM |
| Debtor(s) | : | |

## <u>O R D E R</u>

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of <u>$5,300.00</u>.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2  less <u>$1,810.00</u> which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

*Patricia M. Mayer*

**Dated:**  5/4/22

**HONORABLE PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**