Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 21-12905-PMM**

Jamie Dawn Walker  
1705 Fairview Avenue  
Easton  PA    18042

Petition Filed Date: 10/27/2021  
341 Hearing Date: 11/30/2021  
Confirmation Date: 03/31/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/06/2021 | $680.00 | | 01/03/2022 | $680.00 | | 02/02/2022 | $680.00 | |
| 03/07/2022 | $680.00 | | 04/07/2022 | $683.00 | | 05/04/2022 | $680.00 | |
| 06/03/2022 | $680.00 | | 07/05/2022 | $680.00 | | 08/03/2022 | $680.00 | |

**Total Receipts for the Period: $6,123.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,123.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AFFINITY FEDERAL CREDIT UNION<br>»» 001 | Unsecured Creditors | $10,988.53 | $0.00 | $10,988.53 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $5,821.34 | $0.00 | $5,821.34 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $6,235.51 | $0.00 | $6,235.51 |
| 4 | DEPARTMENT OF EDUCATION LOAN SERVICES<br>»» 004 | Unsecured Creditors | $26,564.93 | $0.00 | $26,564.93 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 005 | Unsecured Creditors | $2,530.23 | $0.00 | $2,530.23 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $3,354.25 | $0.00 | $3,354.25 |
| 7 | KEYSTONE COLLECTIONS GROUP<br>»» 007 | Unsecured Creditors | $467.58 | $0.00 | $467.58 |
| 8 | KEYSTONE COLLECTIONS GROUP<br>»» 008 | Unsecured Creditors | $1,345.53 | $0.00 | $1,345.53 |
| 9 | KEYSTONE COLLECTIONS GROUP<br>»» 009 | Priority Crediors | $1,745.18 | $758.78 | $986.40 |
| 10 | KEYSTONE COLLECTIONS GROUP<br>»» 010 | Priority Crediors | $1,745.20 | $758.78 | $986.42 |
| 11 | ALLY FINANCIAL<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC<br>»» 012 | Unsecured Creditors | $4,767.50 | $0.00 | $4,767.50 |
| 13 | CHASE BANK USA NA<br>»» 013 | Unsecured Creditors | $4,978.02 | $0.00 | $4,978.02 |
| 14 | CHASE BANK USA NA<br>»» 014 | Unsecured Creditors | $1,418.09 | $0.00 | $1,418.09 |
| 15 | PENNYMAC  LOAN SERVICES LLC<br>»» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $2,005.83 | $0.00 | $2,005.83 |

**Chapter 13 Case No. 21-12905-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $8,284.03 | $0.00 | $8,284.03 |
| 18 | CITIBANK NA<br>»» 018 | Unsecured Creditors | $317.03 | $0.00 | $317.03 |
| 19 | SYNCHRONY BANK<br>»» 019 | Unsecured Creditors | $1,054.18 | $0.00 | $1,054.18 |
| 20 | TRUIST BANK<br>»» 020 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,490.00 | $3,490.00 | $0.00 |
| 21 | CREDIT UNION OF NEW JERSEY<br>»» 021 | Unsecured Creditors | $10,988.53 | $0.00 | $10,988.53 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,123.00 | Current Monthly Payment: | $680.00 |
| Paid to Claims: | $5,007.56 | Arrearages: | ($3.00) |
| Paid to Trustee: | $489.84 | Total Plan Base: | $40,800.00 |
| Funds on Hand: | $625.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.