# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE | CHAPTER 13 |
| JAMIE DAWN WALKER,<br>　　　　　　　Debtor | CASE NO.: 21-12905-PMM |
| ALLY BANK,<br>　　　　　　　Movant<br>　　vs.<br>JAMIE DAWN WALKER, and<br>JOVONNA WALKER, Codebtor.<br>　　　　　　　Respondent(s)<br>　　and<br>SCOTT F. WATERMAN<br>　　　　　　　Trustee | **HEARING DATE:**<br>Tuesday, October 04, 2022<br>10:00 A.M.<br><br>**LOCATION:**<br>The Gateway Building, 201 Penn Street,<br>4th Floor<br>Courtroom No. 4<br>Reading, PA 19601 |

## ORDER

Upon consideration of the Motion for Relief from Automatic Stay and Codebtor Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The automatic stay and codebtor stay are lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2016 Kia Forte Hatchback 5D LX 2.0L I4, V.I.N. KNAFK5A88G5547985) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

*Patricia M. Mayer*

**Date: October 4, 2022**

Patricia M. Mayer
U.S. BANKRUPTCY JUDGE