**ATTORNEY AT LAW**

**PETER J. LISKA, LLC**

Peter J. Liska  Member of NJ, NY & Washington, DC BAR
Elizabeth A. Hopkins • Allison J. Kiffin

TEL 732•933•7777   FAX 732•224•8914   COLLECTIONS@PETERLISKA.COM
766 Shrewsbury Avenue • Tinton Falls • New Jersey 07724

January 31, 2023

United States Bankruptcy Court
Office of the Clerk
201 Penn Street, 1st Floor
Reading, PA 19601

    ***Re:    Jamie Dawn Walker***
            ***Case No.:  21-12905-pmm***
            ***Proof of Claim #21***

Dear Sir or Madam:

    We represent Credit Union of New Jersey, a creditor in the above matter.  Please accept this correspondence as a withdrawal of claim #21 as this appears to have been a duplicate filing.

    Thank you for your attention to this matter.  If you should have any questions, please contact the undersigned.

                            Yours truly,

                            /s/ Peter J. Liska

                            Peter J. Liska, Esq.

PJL/dap

Since this matter is in Bankruptcy, the usual Fair Debt Collection Practices Act warning is omitted, as same could potentially violate the automatic stay.