# McKENNA, DuPONT, STONE & WASHBURNE

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

EDWARD J. McKENNA, JR. *
MICHAEL R. DuPONT *
JENNIFER STONE HALL ᴼ
EDWARD G. WASHBURNE
* Member of N.J., N.Y. & WASH D.C. Bar
ᴼ Member of N.J. & N.Y. Bar

229 BROAD STREET
P.O. BOX 610
RED BANK, NEW JERSEY 07701
TELEPHONE (732) 741-6681
TELEFAX (732) 576-1787
REAL ESTATE TELEFAX (732) 741-5070
mdsw@redbanklaw.com
http://www.redbanklaw.com

WILLIAM T. McGOVERN
OF COUNSEL

February 10, 2023

United States Bankruptcy Court
Office of the Clerk
201 Penn Street, 1st Floor
Reading, PA 19601

    Re:    James Dawn Walker
            Case No. 21-12905-pmm
            Proof of Claim #22

Dear Sir or Madam:

    We have substituted in and represent Credit Union of New Jersey, a creditor in the above matter. Please accept this correspondence as a withdrawal of claim #22 as this appears to have been filed in error.

    Thank you for your attention to this matter. If you should have any questions, please contact the undersigned.

                                              Very truly yours,
                                              McKENNA, DuPONT, STONE &
                                              WASHBURNE, PC.

                                              /s/ Michael R. DuPont

                                              MICHAEL R. DuPONT, ESQUIRE

MRD/ls
Encl