| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 21-12905-PMM**

Jamie Dawn Walker
1705 Fairview Avenue
Easton  PA    18042

Petition Filed Date: 10/27/2021
341 Hearing Date: 11/30/2021
Confirmation Date: 03/31/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $680.00 | | 09/02/2022 | $680.00 | | 10/03/2022 | $680.00 | |
| 11/02/2022 | $680.00 | | 12/05/2022 | $680.00 | | 01/04/2023 | $680.00 | |
| 02/02/2023 | $680.00 | | 03/06/2023 | $680.00 | | 04/03/2023 | $680.00 | |
| 05/03/2023 | $680.00 | | 06/05/2023 | $680.00 | | 07/05/2023 | $680.00 | |

**Total Receipts for the Period: $8,160.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,283.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT UNION OF NEW JERSEY<br>»» 001 | Unsecured Creditors | $10,988.53 | $745.59 | $10,242.94 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $5,821.34 | $394.98 | $5,426.36 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $6,235.51 | $423.07 | $5,812.44 |
| 4 | DEPARTMENT OF EDUCATION LOAN SERVICES<br>»» 004 | Unsecured Creditors | $26,564.93 | $1,802.45 | $24,762.48 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $2,530.23 | $171.66 | $2,358.57 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $3,354.25 | $227.59 | $3,126.66 |
| 7 | KEYSTONE COLLECTIONS GROUP<br>»» 007 | Unsecured Creditors | $467.58 | $17.69 | $449.89 |
| 8 | KEYSTONE COLLECTIONS GROUP<br>»» 008 | Unsecured Creditors | $1,345.53 | $81.47 | $1,264.06 |
| 9 | KEYSTONE COLLECTIONS GROUP<br>»» 009 | Priority Crediors | $1,745.18 | $1,745.18 | $0.00 |
| 10 | KEYSTONE COLLECTIONS GROUP<br>»» 010 | Priority Crediors | $1,745.20 | $1,745.20 | $0.00 |
| 11 | ALLY FINANCIAL<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC<br>»» 012 | Unsecured Creditors | $4,767.50 | $323.49 | $4,444.01 |
| 13 | CHASE BANK USA NA<br>»» 013 | Unsecured Creditors | $4,978.02 | $337.74 | $4,640.28 |
| 14 | CHASE BANK USA NA<br>»» 014 | Unsecured Creditors | $1,418.09 | $85.88 | $1,332.21 |
| 15 | PENNYMAC  LOAN SERVICES LLC<br>»» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-12905-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $2,005.83 | $136.10 | $1,869.73 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $8,284.03 | $562.07 | $7,721.96 |
| 18 | CITIBANK NA<br>»» 018 | Unsecured Creditors | $317.03 | $16.90 | $300.13 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $1,054.18 | $63.85 | $990.33 |
| 20 | TRUIST BANK<br>»» 020 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,490.00 | $3,490.00 | $0.00 |
| 21 | CREDIT UNION OF NEW JERSEY<br>»» 021 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | CREDIT UNION OF NEW JERSEY<br>»» 022 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | ALLY FINANCIAL<br>»» 11U | Unsecured Creditors | $4,559.49 | $70.16 | $4,489.33 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $14,283.00 | | Current Monthly Payment: | $680.00 |
| Paid to Claims: | $12,441.07 | | Arrearages: | ($3.00) |
| Paid to Trustee: | $1,176.64 | | Total Plan Base: | $40,800.00 |
| Funds on Hand: | $665.29 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.