| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 21-12905-PMM**

Jamie Dawn Walker
1705 Fairview Avenue
Easton  PA    18042

Petition Filed Date: 10/27/2021
341 Hearing Date: 11/30/2021
Confirmation Date: 03/31/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2023 | $680.00 | | 09/05/2023 | $680.00 | | 10/03/2023 | $680.00 | |
| 11/02/2023 | $680.00 | | 12/04/2023 | $680.00 | | 01/03/2024 | $680.00 | |
| 02/02/2024 | $680.00 | | 03/05/2024 | $680.00 | | 04/02/2024 | $680.00 | |
| 05/03/2024 | $680.00 | | 06/04/2024 | $680.00 | | 07/03/2024 | $680.00 | |

**Total Receipts for the Period: $8,160.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $22,443.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT UNION OF NEW JERSEY<br>»» 001 | Unsecured Creditors | $10,988.53 | $1,776.51 | $9,212.02 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $5,821.34 | $941.13 | $4,880.21 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $6,235.51 | $1,008.03 | $5,227.48 |
| 4 | DEPARTMENT OF EDUCATION LOAN SERVICES<br>»» 004 | Unsecured Creditors | $26,564.93 | $4,294.72 | $22,270.21 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $2,530.23 | $409.05 | $2,121.18 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $3,354.25 | $542.30 | $2,811.95 |
| 7 | KEYSTONE COLLECTIONS GROUP<br>»» 007 | Unsecured Creditors | $467.58 | $68.88 | $398.70 |
| 8 | KEYSTONE COLLECTIONS GROUP<br>»» 008 | Unsecured Creditors | $1,345.53 | $217.46 | $1,128.07 |
| 9 | KEYSTONE COLLECTIONS GROUP<br>»» 009 | Priority Crediors | $1,745.18 | $1,745.18 | $0.00 |
| 10 | KEYSTONE COLLECTIONS GROUP<br>»» 010 | Priority Crediors | $1,745.20 | $1,745.20 | $0.00 |
| 11 | ALLY FINANCIAL<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC<br>»» 012 | Unsecured Creditors | $4,767.50 | $770.80 | $3,996.70 |
| 13 | CHASE BANK USA NA<br>»» 013 | Unsecured Creditors | $4,978.02 | $804.73 | $4,173.29 |
| 14 | CHASE BANK USA NA<br>»» 014 | Unsecured Creditors | $1,418.09 | $229.29 | $1,188.80 |
| 15 | PENNYMAC LOAN SERVICES LLC<br>»» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-12905-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $2,005.83 | $309.82 | $1,696.01 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $8,284.03 | $1,339.24 | $6,944.79 |
| 18 | CITIBANK NA<br>»» 018 | Unsecured Creditors | $317.03 | $48.94 | $268.09 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $1,054.18 | $170.40 | $883.78 |
| 20 | TRUIST BANK<br>»» 020 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,490.00 | $3,490.00 | $0.00 |
| 21 | CREDIT UNION OF NEW JERSEY<br>»» 021 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | CREDIT UNION OF NEW JERSEY<br>»» 022 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | ALLY FINANCIAL<br>»» 11U | Unsecured Creditors | $4,559.49 | $522.02 | $4,037.47 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,443.00 | Current Monthly Payment: | $680.00 |
| Paid to Claims: | $20,433.70 | Arrearages: | $677.00 |
| Paid to Trustee: | $1,985.84 | Total Plan Base: | $40,800.00 |
| Funds on Hand: | $23.46 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.