| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 21-12905-PMM**

| | |
|---|---|
| Jamie Dawn Walker | Petition Filed Date: 10/27/2021 |
| 1705 Fairview Avenue | 341 Hearing Date: 11/30/2021 |
| Easton PA 18042 | Confirmation Date: 03/31/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2024 | $680.00 | | 09/03/2024 | $680.00 | | 10/03/2024 | $680.00 | |
| 11/04/2024 | $680.00 | | 12/04/2024 | $680.00 | | 01/03/2025 | $680.00 | |
| 02/03/2025 | $680.00 | | 03/05/2025 | $680.00 | | 04/02/2025 | $680.00 | |
| 05/05/2025 | $680.00 | | 06/03/2025 | $680.00 | | 07/03/2025 | $680.00 | |

**Total Receipts for the Period: $8,160.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,603.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT UNION OF NEW JERSEY<br>»» 001 | Unsecured Creditors | $10,988.53 | $2,751.55 | $8,236.98 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $5,821.34 | $1,457.70 | $4,363.64 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $6,235.51 | $1,561.32 | $4,674.19 |
| 4 | DEPARTMENT OF EDUCATION LOAN SERVICES<br>»» 004 | Unsecured Creditors | $26,564.93 | $6,651.94 | $19,912.99 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $2,530.23 | $633.56 | $1,896.67 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $3,354.25 | $839.89 | $2,514.36 |
| 7 | KEYSTONE COLLECTIONS GROUP<br>»» 007 | Unsecured Creditors | $467.58 | $102.99 | $364.59 |
| 8 | KEYSTONE COLLECTIONS GROUP<br>»» 008 | Unsecured Creditors | $1,345.53 | $336.85 | $1,008.68 |
| 9 | KEYSTONE COLLECTIONS GROUP<br>»» 009 | Priority Crediors | $1,745.18 | $1,745.18 | $0.00 |
| 10 | KEYSTONE COLLECTIONS GROUP<br>»» 010 | Priority Crediors | $1,745.20 | $1,745.20 | $0.00 |
| 11 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC<br>»» 012 | Unsecured Creditors | $4,767.50 | $1,193.83 | $3,573.67 |
| 13 | CHASE BANK USA NA<br>»» 013 | Unsecured Creditors | $4,978.02 | $1,246.45 | $3,731.57 |
| 14 | CHASE BANK USA NA<br>»» 014 | Unsecured Creditors | $1,418.09 | $355.14 | $1,062.95 |
| 15 | PENNYMAC LOAN SERVICES LLC<br>»» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-12905-PMM**

| # | Creditor | Type | Claim | Paid | Balance |
|---|---|---|---|---|---|
| 16 | LVNV FUNDING LLC »» 016 | Unsecured Creditors | $2,005.83 | $502.23 | $1,503.60 |
| 17 | LVNV FUNDING LLC »» 017 | Unsecured Creditors | $8,284.03 | $2,074.34 | $6,209.69 |
| 18 | CITIBANK NA »» 018 | Unsecured Creditors | $317.03 | $65.05 | $251.98 |
| 19 | LVNV FUNDING LLC »» 019 | Unsecured Creditors | $1,054.18 | $263.92 | $790.26 |
| 20 | TRUIST BANK »» 020 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,490.00 | $3,490.00 | $0.00 |
| 21 | CREDIT UNION OF NEW JERSEY »» 021 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | CREDIT UNION OF NEW JERSEY »» 022 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | ALLY FINANCIAL INC aka ALLY BANK »» 11U | Unsecured Creditors | $4,559.49 | $949.35 | $3,610.14 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,603.00 | Current Monthly Payment: | $680.00 |
| Paid to Claims: | $27,966.49 | Arrearages: | $677.00 |
| Paid to Trustee: | $2,608.04 | Total Plan Base: | $40,800.00 |
| Funds on Hand: | $28.47 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.