Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jamie Dawn Walker
1705 Fairview Avenue
Easton, PA 18042

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 21-12905-PMM**

Petition Filed Date: 10/27/2021
341 Hearing Date: 11/30/2021
Confirmation Date: 03/31/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $680.00 | | 09/03/2025 | $680.00 | | 10/03/2025 | $680.00 | |
| 11/03/2025 | $680.00 | | 12/04/2025 | $680.00 | | 01/05/2026 | $680.00 | |
| 02/02/2026 | $680.00 | | 03/05/2026 | $680.00 | | 04/02/2026 | $680.00 | |
| 05/04/2026 | $680.00 | | 06/02/2026 | $680.00 | | 07/06/2026 | $680.00 | |

**Total Receipts for the Period: $8,160.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $38,763.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT UNION OF NEW JERSEY<br>»» 001 | Unsecured Creditors | $10,988.53 | $3,727.76 | $7,260.77 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $5,821.34 | $1,974.85 | $3,846.49 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $6,235.51 | $2,115.26 | $4,120.25 |
| 4 | DEPARTMENT OF EDUCATION LOAN SERVICES<br>»» 004 | Unsecured Creditors | $26,564.93 | $9,011.97 | $17,552.96 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $2,530.23 | $858.34 | $1,671.89 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $3,354.25 | $1,137.84 | $2,216.41 |
| 7 | KEYSTONE COLLECTIONS GROUP<br>»» 007 | Unsecured Creditors | $467.58 | $155.19 | $312.39 |
| 8 | KEYSTONE COLLECTIONS GROUP<br>»» 008 | Unsecured Creditors | $1,345.53 | $456.37 | $889.16 |
| 9 | KEYSTONE COLLECTIONS GROUP<br>»» 009 | Priority Crediors | $1,745.18 | $1,745.18 | $0.00 |
| 10 | KEYSTONE COLLECTIONS GROUP<br>»» 010 | Priority Crediors | $1,745.20 | $1,745.20 | $0.00 |
| 11 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC<br>»» 012 | Unsecured Creditors | $4,767.50 | $1,617.36 | $3,150.14 |

**Chapter 13 Case No. 21-12905-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | JP MORGAN CHASE BANK NA<br>»» 013 | Unsecured Creditors | $4,978.02 | $1,688.69 | $3,289.33 |
| 14 | JP MORGAN CHASE BANK NA<br>»» 014 | Unsecured Creditors | $1,418.09 | $481.15 | $936.94 |
| 15 | PENNYMAC LOAN SERVICES LLC<br>»» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $2,005.83 | $665.60 | $1,340.23 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $8,284.03 | $2,810.31 | $5,473.72 |
| 18 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 018 | Unsecured Creditors | $317.03 | $98.14 | $218.89 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $1,054.18 | $357.58 | $696.60 |
| 20 | TRUIST BANK<br>»» 020 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,490.00 | $3,490.00 | $0.00 |
| 21 | CREDIT UNION OF NEW JERSEY<br>»» 021 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | CREDIT UNION OF NEW JERSEY<br>»» 022 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 11U | Unsecured Creditors | $4,559.49 | $1,377.16 | $3,182.33 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,763.00 | Current Monthly Payment: | $680.00 |
| Paid to Claims: | $35,513.95 | Arrearages: | $677.00 |
| Paid to Trustee: | $3,221.40 | Total Plan Base: | $40,800.00 |
| Funds on Hand: | $27.65 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.